IN THE MATTER OF THE ESTATE OF ANNIE COLLINS, DE-
CEASED.

[No. 2,341; decided April, 1909.]

A Homestead Selected by the Husband in his lifetime from the community estate vests absolutely in his surviving wife, under the provisions of section 1474 of the Code of Civil Procedure.

Homestead—Continuance on Death of Husband.—The homestead as selected by the husband continued so long as it remained a homestead. It ceased to exist upon the death of the widow, leaving no issue and became subject to her testamentary disposition, and she having died intestate, passed to her heirs, under the laws of succession.

Homestead—Who are Heirs of Survivor.—The homestead, upon vesting in the survivor, becomes her separate estate, subject to the homestead protections, and she having died intestate, the homestead ceased and the title to the property passed to her heirs under the provision of subdivision 3 of section 1386 of the Civil Code, and not under the

provisions of subdivision 8 of said section of the Civil Code as it was in existence at the time of the death of the survivor.

Eugene D. Sullivan, for the heirs of decedent.

John Cotter Quinlan, for the heirs of predeceased spouse of decedent.

Edward J. Lynch, for the public administrator.

Judge Coffey rendered no written opinion in this case, but the syllabi, approved by him, state the points adjudicated.